*This case was not selected for publication in the Federal Reporter*

*NOTE: Pursuant to Fed. Cir. R. 47.6, this order is not citable as precedent. It is a public order.*

**LUMA CORPORATION,**
**Plaintiff–Appellant,**

v.

**STRYKER CORPORATION,**
**Defendant–Appellee,**

and

**Karl Storz Endoscopy–America,**
**Inc., Defendant–Appellee.**

**No. 2006–1642.**

United States Court of Appeals, Federal Circuit.

Oct. 23, 2006.

*ORDER*

Upon consideration of Luma Corporation's unopposed motion to voluntarily dismiss its appeal, for lack of jurisdiction,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

*This case was not selected for publication in the Federal Reporter*

*NOTE: Pursuant to Fed. Cir. R. 47.6, this order is not citable as precedent. It is a public order.*

**Dawn COOK, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

**No. 2006–5122.**

United States Court of Appeals, Federal Circuit.

Oct. 25, 2006.

Dawn Cook, pro se.

*ORDER*

On September 21, 2006 the court issued an order allowing Dawn Cook ("Cook") 21 days to show cause why her appeal should not be dismissed as untimely. Cook has failed to respond within the time allowed.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) This case is dismissed.

(2) Each side shall bear its own costs.